MELINDA HAAG (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:   (415) 552-6031
   Facsimile:   (415) 436-7234
   Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0420 JSW |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| JOSE JESUS CABRERA-PALMERIN, | ) ) | |
| Defendant. | ) ) | |

     The parties appeared before this Court on September 9, 2010. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from September 9, 2010 to October 28, 2010, in light of the need for defense to review additional discovery and file a motion to dismiss. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

1 | into account the exercise of due diligence of the parties.

2 |    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 9, 2010 to October 28, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 9, 2010 to October 28, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: September 14, 2010         /s/
          PATRICIA SPALETTA
          Special Assistant United States Attorney

DATED: September 14, 2010         /s/
          STEVEN KALAR
          Assistant Federal Public Defender

SO ORDERED.

DATED: September 14, 2010         *[signature: Jeffrey S. White]*
          THE HON. JEFFREY S. WHITE
          United States District Judge