SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
44 Montgomery St., Suite 2080
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 677-9445

Attorneys for Defendant
    JOSE JESUS CABRERA PALMERIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0420 JSW |
|     Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER TO CONTINUE HEARING |
| JOSE JESUS CABRERA PALMERIN, ) | |
|     Defendant. ) | |

    Until recently, defendant Jose Jesus Cabrera Palmerin had been represented by Steven Kalar of the Office of the Federal Defender. This Court agreed to relieve Mr. Kalar at the request of Mr. Cabrera Palmerin and to appoint new counsel.

    Undersigned counsel made his first appearance before the Magistrate on January 18, 2011, and was appointed as counsel for the defendant. Undersigned counsel has not yet made an appearance before this Court.

    At the hearing before the Magistrate, counsel for both parties discussed continuing this matter to February 24, 2011 before this Court for our next appearance. However, contrary to what counsel understood, the clerk continued this matter to February 17, 2011. Undersigned

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
No. CR 06-0420 JSW

1

counsel for Mr. Cabrera Palmerin has a previously set matter in the San Francisco Superior Court the afternoon of February 17, 2011 and is not able to appear before this Court.

In any case, undersigned counsel for Mr. Cabrera Palmerin is new to this case and is still reviewing the facts and documents in this case.  Counsel has reviewed all the discovery provided to him by Mr. Kalar, but needs to collect information and records that reside either outside this District or outside the country.  Counsel will not be able to collect that material by February 17, 2011.

Counsel for the government and defendant STIPULATE to continue the hearing from February 17, 2011 to March 24, 2011 at 2:00 p.m.  Counsel for the government and the government further stipulate that time should be excluded between those dates for effective preparation of counsel and continuity of defense counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). Furthermore, the parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED: February 15, 2011                               /s/
                                                                              Patricia Spaletta
                                                                              Special Assistant United States Attorney

DATED: February 15, 2011                               /s/
                                                                              Scott A. Sugarman
                                                                              Attorney for Jose Cabrera Palmerin

SO ORDERED.

DATE: February 16, 2011                               _____
                                                                              JEFFREY S. WHITE
                                                                              UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
No. CR 06-0420 JSW

2